UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:13-cv-00043-FL

| | |
|---|---|
| JACQUELINE MEBANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON PETITION FOR |
| ) | ATTORNEY'S FEES PURSUANT TO |
| CAROLYN W. COLVIN, ) | 28 U.S.C. § 2412(d) |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Plaintiff Jacqueline Mebane's Petition for Attorney's Fees Pursuant to 28 U.S.C. § 2412(d), Defendant's opposition to the petition, and the Court being fully advised in the case, it is hereby:

ORDERED that the Defendant will pay to $4,093.60 in full satisfaction of any claims under 28 U.S.C. § 2412(d), and, provided that Ms. Mebane is not subject to the Treasury Offset Program, payment shall be made payable to Ms. Mebane's counsel, Kathleen Shannon Glancy, and sent to Kathleen Shannon Glancy, P.A., 114 South Front Street, Wilmington, NC 28401.

So ordered this __17th__ day of _____November__, 2014.

_____
JUDGE LOUISE W. FLANAGAN
United States District Judge